Volpe et al., Appellants, *v.* Farragalli.

Argued December 9, 1970. *Michael Shekmar,* with him *Harvey Porter,* and *Cohen, Bellis, Morgan & Verlin,* for appellants; *Edward J. Marcantonio,* with him *Swartz, Campbell & Detweiler,* for appellee.

Order affirmed.

April 15, 1971

Belin Unemployment Compensation Case.

Argued November 12, 1970. *A. E. Lawson,* with him *Bernard Kleiman,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee; *John G. Wayman,* with him *John H. Hill, V. L. Matera, W. L. White, Jr.,* and *Reed, Smith, Shaw & McClay,* for United States Steel Corporation, intervenor.

Decision affirmed.

HOFFMAN, J., dissents.